UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>KERN VALLEY STATE PRISON, et. al.,<br><br>Defendants. | No. 1:20-cv-000670-NONE-HBK<br><br>ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS<br><br>ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE<br><br>(Doc. No. 25) |

This matter is before the Court upon initial review of the case which was recently reassigned to the undersigned. *See* Doc. No. 24. Based upon a review of the docket, the Court will direct Plaintiff to show cause why this case should not be dismissed for his failure to prosecute and/or failure to comply with the Court's July 15, 2020 order directing Plaintiff to file a First Amended Complaint despite the Court granting him multiple extensions of time. *See* Doc. No. 15 (screening order permitting plaintiff 60 days to file a First Amended Complaint specifically identifying which individual defendants allegedly beat him with excessive force); *see also* Doc. No. 19 (granting plaintiff's motions for enlargement of time permitting 30 more days from September 8, 2020 to file First Amended Complaint, and attaching amended complaint form); *see also* Doc. No. 23 (order granting plaintiff's second motion for enlargement of time and permitting 30 days from November

1

10, 2020, to file First Amended Complaint, and attaching amended complaint form). Plaintiff's final deadline after two enlargements of time to file his First Amended Complaint expired on December 10, 2020. *See* Doc. No. 23. As of the date on this Order, Plaintiff has not filed his First Amended Complaint.

On November 25, 2020, Plaintiff filed a one-page letter addressed to the United States District Court, in which Plaintiff proposes dollar amounts for which he would settle this case, which the Court construes as a motion for a settlement conference. (Doc. No. 25). Plaintiff has not filed his First Amended Complaint and service has not yet been effectuated in this matter. Thus, Plaintiff's letter, construed to be a motion, is premature and denied without prejudice.

Accordingly, it is now **ORDERED**:

1. **No later than February 5, 2021**, Plaintiff must show cause why this action should not be dismissed for failure to prosecute *and/or* for failure to comply with the Court's orders and extensions of time to file a First Amended Complaint. Plaintiff must accompany his response to this show cause order with his First Amended Complaint as directed by the Court's July 15, 2020 Order (Doc. No. 15).

2. Plaintiff's letter construed as a motion for a settlement conference (Doc. No. 25) is **DENIED as premature**.

3. Plaintiff's failure to timely and fully comply with this Order will result in the Court recommending a dismissal of the action without further notice.

IT IS SO ORDERED.

Dated:   January 21, 2021

_Helena M. Barch-Kuchta_
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE